1080

No. 78–5731.  MARCONI v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–5735.  HARTWELL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5736.  ROBERTS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–5738.  HINES v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 78–5740.  ROSS v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 78–5741.  BECKER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–5743.  ROGERS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–5754.  DIAZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–5756.  BECKWITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 78–5766.  ACEVEDO DE CAMPOS, SUBSECRETARY OF DEPARTMENT OF NATURAL RESOURCES OF PUERTO RICO, ET AL. v. CORDECO DEVELOPMENT CORP.  C. A. 1st Cir.  Certiorari denied.

No. 78–5768.  ARMSTRONG v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–5769.  MALONE v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 78–5781.  LINDEN v. UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK ET AL.  C. A. 2d Cir. Certiorari denied.